In the United States District Court For

Ayotunji Akinlawon AKA "Master"
Plaintiff
v.
Gregory D. Mayo AKA "Fuck Boy"
Oneil
John Doe #1
Kathy Hochul
Laliberty
Daniel F Martuscello III
Oneida County "Mayor"
Murphy
Defendants

)))))))))))
Complaint
Civil Action No
_____
Jury Trial Demanded
Yes

Plaintiff; Ayotunji Akinlawon AKA "Master" pro se for his complaint state as follows

Parties, Jurisdiction and Venue

1) Plaintiff Ayotunji Akinlawon AKA "Master" was confined in/at Mid-State Correctional Facility, located at 9005 Old River Rd, P.O Box 216 Marcy NY 13403 since 6/1/23 untill present date as of this writing 11/21/23.

2) Plaintiff Ayotunji Akinlawon AKA "Master" is and was at all times mentioned herein, an adult citizen of the United States and a resident of the State of New York

3) Defendant(1) Gregory D. Mayo AKA "Fuck Boy" is a correction sergeant employed at Mid-State Correctional facility step down program a supervisor for Plaintiffs housing unit.

4) Defendant (2) Oneil is a correction officer at Mid-State CF and was the driver of the van that transported Plaintiff when he was assaulted and was an assailant of Plaintiff

5) Defendant (3) John Doe #1 is a correction officer at Mid-State CF and accompanied Oneil as a passenger while Oneil drove and participated in the assault

6) Defendant (4) Kathy Hochul is the Governor of New York State and is charged with supervising the State of New York and the day to day affairs on behalf of the state

7) Defendant (5) Laliberty is a Prison Rape Elimination Act or P.R.E.A Deputy in Mid-State CF and is charged with the duties of handling sexual assault/harrasment complaints and protecting plaintiffs NYS Sexual Assault Victim Bill of Rights

8) Defendant (6) Daniel F Martuscello, III is the Commissioner of the Department of Corrections and is responsible for the Correctional Facilities within the state of supervising them, training and ensuring that department goals are being upheld and other day to day task

9) Defendant (7) Oneida County mayor, whos name plaintiff does not know is the supervisor for the county where Mid-State is located and is charged with supervising its county and all entities in it

10) This action arises under and is brought pursuant to 42 U.S.C section 1983 to remedy the deprivation under color law of the State, of rights guaranteed by the Eighth, Fourteenth and First Amendments to the United States Constitution. This Court has jurisdiction over this action pursuant to 28 U.S.C Sections 1331 and 1343

11) Plaintiff's claims for injunctive relief are authorized by rule 65 of the Federal Rules of Civil Procedure

12) This cause of action arose in the Northern District of New York, therefore, venue is proper under 28 U.S.C section 1391(b)

13) Plaintiff has filed no other lawsuit dealing with the same facts involved in this action or otherwise relating

### Exhaustion of Administrative remedies

14) This claim is based on plaintiff being sexually assaulted, plaintiff alerted a medical personal asked for a rape kit, plaintiff filed complaints, apparently to no avail because today plaintiff contacted O.S.I by phone as due diligence to ensure he did his all prior to bringing this action. There was no record on file so today it was officially recorded on 11/21/23.

P.R.E.A complaints are deemed exhausted for P.L.R.A purposes the moment plaintiff notifies any employee or agent working with DOCCS, where for if it wasn't recorded prior to today for the sake of argument there can be no dispute now that plaintiff has exhausted his remedies in this matter despite D.O.C.C.S trying not to report it and document it when he first complained

### Statement of Claim

15) At all relevant times herein, defendants were "persons" for purposes of 42 U.S.C section 1983 and acted under color law to deprive plaintiff of his constitutional rights, as set forth more fully below

### Statement of Facts

16)
A) On 11/5/13 plaintiff was introduced into the Department of Corrections and Community Supervision a prison entity within the state of New York against his will.

B) On 6/1/23 plaintiff was dragged to mid-state CF and made apart of some "step down program"

C) In the month of July 2023 plaintiff is unsure of the exact date because his notes were destroyed by defendants conspirators. Plaintiff believes took place on the 18th but the surrounding facts will provide defendants with enough notice to defend themselves because with the facts any investigation will no doubt turn up the date of this incident

D) On this day plaintiff was in his cell in step down program or "S.D.P" when correction officer entity approached his cell and said "you've got a medical trip physical

Therapy do you wish to go Master." Plaintiff responded "yes" Plaintiff got ready and he proceeded to the transport van with officer Onies after trivial security questioning and strip search. Once en route to another correctional facility to conduct plaintiffs physical therapy Oniel was accompanied by John Doe #1 who had a firearm and rode front passanger seat. Plaintiff went to physical therapy or "P.t" at "Wash" prison then left with the same two officers.

E) The ride back to Mid-state was different than the ride there. The driver was on a phone, taking selfies while driving. Plaintiff told "Oniel" to "step on it and informed him that he wasn't driving Ms daisy" where Oniel took him literal, He began to drive like a maniac leaving Plaintiff while cuffed and shackled to feel like a lottery ball or popcorn getting tossed around, weaving in and out of traffic then his partner making cowboy noises rolled his window down stuck his upper body out the window flashing his weapon

F) Plaintiff noticed Oniel passed the facility entrance and asked "where are we going" Oniel responded we got a suprise for you either you are going to die today or you are going to come to your senses but I get the chance to taste that sweet asshole of yours today & I might even swallow that dick" Plaintiff was then taken to an area that had houses around and also several onlookers waiting as if they were anticipating our arrival. Oniel started talking to some people through the driver window and then stated "Alright you guys get your camera out lets do it" Then told John Doe #1 "remember the drill keep the gun trained on him and dont think twice to pull the trigger if he resist." Plaintiff became paralyzed with fear of being shot, and having his "Dick swallowed" and anything else that was promised to him

G) When the doors opend everyone was ready to shoot the camera men and women and the officer holding the weapon while Oniel beat by punching, choking, raping plaintiff still in

his finger in plaintiff's rectum who was still cuffed with a gun trained on him and several people recording so if plaintiff resisted he'd be on camera and them shooting him would be justified. Some of the onlookers jumped in to aid oniel punching him kicking him screaming "Delete your ~~~~~ Ayotunji Akinlawon TikTok account, delete your ~~~~~ www.patreon.com/Turning Tears Into Diamonds account. One one girl tried to suffocate me with her butt kind of to hold him down while the others threw blows at his body and legs. She had on biker shorts her vagina smelled good so plaintiff began to suck her pussy lips, trying to find her clit and bury his nose into her butt and latch on to her clit with his mouth for dear life trying to get her D.N.A. She began to rock slightly before oniel said "Get off him get back on the camera stupid" her vagina and butt was to fat for him to breath suffocating him. ~~~~~ oniel told the rest of them after a few blows more that "Captain Murphy was waiting for part 2 meet them at the next spot in 15 minutes. All onlookers went to their respective cars, oniel back in the driver seat John Doe #1 passenger plaintiff cuffed up in the back left hurt, scared with no napkins for his lips.

H) oniel took plaintiff and John Doe #1 to a place called Big Jays Pizza, plaintiff remembers it sat on a corner if his memory is correct River Rd. John Doe #1 got out went in, came back out with a white box. Then oniel went to Fast Trak right across the street pulled into a pump told him John Doe #1 stay on point shoot him first ask questions later any sign of fishy shit" oniel left and came back he had backwoods not sure if thats what he purchased but it appeared so. Some pretty lady pulled next to us in an adjacent pump who I remember having a camaro. When she got out the car I could see directly up her skirt she had "no" panties on and drove a Jeep, she paid at the pump I believe because as she was pumping gas, she went back to open the driver door, bend over to the passenger seat to grab her wallet and plaintiff got the ass shot of the century as her sundress was now in the crevas of of her ass crack and legs on fleek

I) Plaintiff was then brought back to reality when Oniel got back in and drove away as plaintiff tried to look for any way to identify this beautiful woman to provide help. Plaintiff then arrived to the next location where the events replayed almost identical. Plaintiff was again sexually assaulted finger inserted in his ass hole, painfully, he was punched, recorded and spectators screaming "Delete your www.patreon.com/turning tears into Diamonds account, Your AyotunjiAkinlawon TikTok account I googled your First and last name Stop exposing D.O.C.C.S, all while John Doe #1 had his gun trained on me."

J) He was then taken to the back row they hurt him but the taste of the lady with the Fat Butt and pussy made him feel stronger so he tried not to show that he was hurting. Once in the back row officer Oniel put him on face time with mid state CF Dep of security Murphy. Murphy told plaintiff that he would aid plaintiff in an escape but after plaintiff would have to dissappear for good and drop his claims. He requested that plaintiff send Anthrax to president Joe Biden the day before the escape to divert the attention and that plaintiff would have support for life. Plaintiff told Murphy "Fuck you, you cock sucking serpent that he would never flip on America and that when uncle money Bag Joe caught wind of this heads were going to roll, and that I could not be compromised."

K) on the way back to the facility Mid-state CF Oniel continued at points to drive recklessly. Blasting music one song I remember "making my way down town walking fast" he sang in perfect Harmony with John Doe #1 like karaoke both even using their pointer fingers to mimic the crechendo of the beat Oniel taking both hands off the steering wheel engulfed in the act with his co-defendant. Then they played Nikki Minaj, Kanye west Jay-Z song "Everybody knows im a monster" is the name of the song i guess. once again He drove recklessly at points driving side to side on the other side of the road, at one point rapping about some Hair dresser in milan going Bar For Bar with John Doe #1 Rolling their necks and bodies in a femanin manner Before Fish tailing into the drive way of mid-state CF.

K) The music was over as we went down the driveway I could hear orders to "put the other gun in the pizza box and detach the silencer. Always matter fact just give me the silencer stupid" where John Doe #1 passed him a metal pipe box alike. John Doe #1 got out the car after Oneil took the pipe and said "Nobody gonna search me im Cert-B-yattt-cch" they chauffered him back to my cell while explaing to him the rules "you have the right to get your head bust open, if you wish to excersise that right all you have to do is snitch, we will be checking in about the escape you see what I just got away with? That should let you know im dirty and we can pull it off and Murphy said to tell you to thumuk Dundun" He told plaintiff while maneuvering the van through the compound with his hands 10-2 and body erect as he appeared to be attentive and responsive fictiously. Where plaintiff was escorted back to his cell after being told to "act natural". Once back in his cell plaintiff took a nap and dreamed about the girl with the fat butt and pussy.

M) At some point while still trying to get the escape planned and me to mail the potus something dangerous Gregory D Mayo AKA "Fuck boy" gave me a list of names of people that were present during my assault of people whom he said were there "physically or virtually"

N) Landon Harris AKA "Monkey Boy" came to inform me that his spouse had my rape recorded on her phone and they watch it every day and laugh in group chats with others that it got on his spouses phone under his request.

O) ~~orig~~ None of these defendants including but not limited to dep 14 liberty ever sought to get me medical or counseling but to cover it up. or afforded me the rights persribed in my Nys sexual assault victim Bill of rights

P) The mayor of oneida county has a concentration camp right up under its nose and has no measures in

place to ensure its inhabitants are not being assaulted or raped. Plaintiff is not the first person to experience these things in this country

a) Governor Kathy Hochul is personally involved because she is not involved. Like the mayor she supervises the state and has an obligation to ensure policy is being adhered to and that constitutional rights state and federal are respected. While like the mayor plaintiff cant say she knew about this exact incident plaintiff is not the first person in D.O.C.C.S to have this happen yet there are no preventative measures or ways for prisoners to be safe, this training or lack of is evident through the consistency of defendants actions and this unethical policy or custom to abuse assault and abandon is evident that this is not the first time. Plaintiff does not want madam Hochul or the mayor in trouble he loves Hochul she's from Buffalo he's from Rochester if she were in prison she'd be his ally because of her Buffalo roots. However plaintiff does wish to get her attention so that she can have notice and remedy the issues by employing meaningful supervision and use her authority to compell D.O.C.C.S commissioner to act within his scope to do things that plaintiff will request in TRO, injunction ect.

n) Daniel Martuccello is the Acting commissioner of D.O.C.C.S he was not present for the sex incident. But as a supervisor he/i sees the data yet his pawns feel comfortable conducting themselves in this manner. No consequences, Ever. Data will show the consistency of cover ups yet Martuccello sits on his hands and does not ensure prisoners have the same protection as his pawns. He's failing to supervise, train ect. These animals are not being monitored evok, pipes rape people why should he not believe his officers may do something like this. If there were preventative measures in place to hold staff accountable they'd think twice. Even if on the face an officer appears to be clean. Monitoring of the people responsible for other human lives are essential

5) In sum, Oneida violated constitutional rights when he sexually assaulted me, beat me, refused to prevent other people from beating me, encouraged John Doe #1 to point his gun at me and shot, and when he failed to report the ~~excessive~~ force to medical for treatment. John Doe #1 failed to stop critical of the on lookers, failed to report, pointed a loaded gun at me while I was cuffed and raped. Laliberty failed to hand me says sexual assault victim Bill of rights, Murphy, Landon Harris AKA monkey boy, Gregory O. Mayo AKA "fuck boy" all revealed that they knew yet got plaintiff no medical, did not report it thus allowing unethical policy customs to go on unchecked. Oneida County mayor, Matucello, and Hochul are supervisors within the jurisdiction and have the responsibility and authority to ensure plaintiffs rights are protected, all parties thus contributed to the violations that occurred to plaintiff as a result of him exercising his freedom of speech. Harris AKA "Monkey Boy", "spouse" may be subject to becoming a defendant depending on their actual role in this matter, an investigation will reveal the facts necessary to determine the "spouses" repercussions and how plaintiff choses to punish the "spouse" if they were an assailant, if they were just a recorder, an investigation may even reveal that while the "spouses" phone was present for the rape/assault, the "spouse" may not have actually been, and the "spouses" willingness to cooperate with the investigation in this matter will also play a factor in said punishment(s)

Prayer for relief

1) Plaintiff would like the courts to review the complaint determine if and what violations occurred against plaintiff

2) A jury trial on those violations

3) Plaintiff request an order declaring that defendants have acted in violation of the United States constitution

4) Plaintiff request an injunction compelling defendants to provide or stop the following

A) That Laliberty honor plaintiff's rights as the party responsible for handling these matters Honor plaintiff's right to report this issue to law enforcement in the presence of a crisis counselor. This is a right plaintiff is entitled to Laliberty has an obligation to do this off the simple request of plaintiff if plaintiff chooses to have law enforcement investigate.

B) That Oneida County Mayor request a private investigation be conducted within this facility and that plaintiff is interviewed to help with the investigation into the illegal conduct by officers such as ongoing assaults, rapes, starvation ect. Plaintiff will provide investigator to ample evidence that will sustain an indictment and conviction.

C) That Oneida County Mayor gets a court order for O'Neil, John Doe #3 "Fuck Boy" and Murphy to surrender all firearms, as the mayor now has notice of future crimes that may occur in its jurisdiction it now has probable cause to prevent and enforce measures to avoid these future injuries that may occur as the conduct displayed by defendants is more than enough probable cause alone for their clearly unstable mental health their willingness to disregard the safety of lives and the credible threats. An order for the surrender of all weapons and suspension of firearm permit until a grand jury renders a decision into this matter.

D) That Oneida County Mayor request the district attorney of said jurisdiction to submit said results of investigation to a grand jury. The mayor has an obligation to ensure equal protection of its inhabitants has the authority and obligation to exercise where legal documents support probable cause and to investigate crimes within its jurisdiction. Thus making injunction relief a proper remedy because plaintiff is simply asking the mayor to now that it has notice act to prevent future injuries of plaintiff and possible other citizens at the hands of defendant where there may be death involved before the conclusion of this matter now that plaintiff "snitched" on officials.

E) That Defendant Marcello puts his foot on Landers's neck and ensure she provides plaintiff with law enforcement and crisis counselor so plaintiff can file a report with outside police and uncover Defendants tracks. This is Marcellos job to ensure plaintiffs rights are protected and ensure equal protection. This request is something in the scope of his duty, and will spare plaintiff the future trauma of ongoing retaliation and hold assailants responsible. This case may not be resolved for a while and to wait until then to file charges may exceed the statue of limitations plaintiff has to file charges

F) That Kathy Hochul request a special private investigation and arrange for investigators to meet with plaintiff and report back to her its findings then to submit those findings to the Department of Justice and request that the constitutional violations be presented to a federal grand jury

G) That Kathy Hochul issues a written order to Marcello 2(/ to hold a press conference to:
- Inform the public of these allegations
- Advise the public if they have any information in this matter if they seen anything, or were apart of this incident to come forward and provide evidence to a designated hotline or number to aid the investigation
- That actions described in this matter are not tolerated in the department and will not be taken lightly
- That D.O.C.C.S officials and employees are prohibited from retaliating against plaintiff for having a <u>www. patreon.com/Turning Tears Into Diamonds</u> account and a <u>Ayotunji Akinlawon</u> TikTok account having his name associated with those accounts are not grounds for retaliation and that retaliation also is prohibited

H) That Kathy Hochul monitors Marcello and make sure he holds the press conference and specifically address each point that is indicated in (G) that she will submit to him in writing

4) That the court grant discovery or notice to admit to the attorney general and MS Hochul's investigator to obtain information from the list of names "Fuck Boy" provided plaintiff and ask each and every one of them the following questions

- Do you have an interest in Ayotunji Akinkuwun deleting his www.patreon.com/turning tears into diamonds account?
- Do you have an interest in Ayotunji Akinkuwun deleting his Ayotunji Akinkuwun TikTok account?
- Have you ever googled Ayotunji Akinkuwun?
- Have you ever acted in concert with any agent or civilian to deter Mr. Akinkuwun from exposing D.O.C.C.S?
- Have you ever witnessed Ayotunji Akinkuwun being assaulted in an attempt to discourage him from running the social media pages Ayotunji Akinkuwun TikTok and www.patreon.com/turning tears into diamonds?

5) The above mentioned injunction requested are necessary to obtain evidence in this civil complaint so plaintiff can include any possible defendants prior to motion to dismiss if he needs to file an amended complaint, permission is permissible because to date D.O.C.C.S has tried to cover up and none of these witnesses have been interviewed which are relevant to this civil complaint, plaintiff needs the information to include in his complaint. While there will be a discovery phase by that point it may be to late or may inconvenience all parties and the court to amend the complaint then which would drag the process out and delay remedies, moreover the injury to be sustained. Witnesses memory fade over time the sooner the more information one may be able to supply of even if they can identify other assailants. While the directive is to get a simple background the scope of questioning can be broadened if these facts reveal the need to during trial or depositions and interrogatories. But this notice to admit request is essential so parties can know who to depose and add as defendants if any, an injunction compelling officials to investigate and questioning the list of people in plaintiffs 8/26/23 letter, in the order above and persistency the questions word for word.

5) Plaintiff request
1) 3 million dollars in compensatory damages from oneil
2) 1.5 million dollars in punitive damages from oneil
3) 1.5 million dollars in compensatory damages from John Doe #1
4) 750,000 dollars in punitive damages from John Doe #1
5) 1,000,000 dollars in compensatory damages from "Fuck Boy," from "Monkey Boy" Laliberty and murphy
6) 500,000 dollars in punitive damages from "Fuck Boy" "monkey Boy" Laliberty and murphy
7) That Hochul, Mastuccilo and the mayor agree to sit down with plaintiff and develope a memorandum to put out within the department to avoid future incidents

Signed this 25th day of Dec 2023

_____
Signature

I declare under the penalty of perjury that the contents within this complaint is true and correct

Ayotomi A. Akinlawon
Plaintiffs Name

12/25/23
Date