N.D.B
Marcy New York 13403
Ayotunji Akinlawon 13653638

U.S District Court Clerk
The Gateway Building
14 Durkee Street
Plattsburgh New York 12901

LEGAL MAIL



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
JAN - 4 2024
RECEIVED

New York State Department of Corrections and Community Supervision Incarcerated Individual Correspondence program

Ayotuji Akinlawon 13B3038